| | |
|---|---|
| 1 | SO. CAL. EQUAL ACCESS GROUP |
| 2 | Jason J. Kim (SBN 190246) |
|   | Jason Yoon (SBN 306137) |
| 3 | 101 S. Western Ave., Second Floor |
|   | Los Angeles, CA 90004 |
| 4 | Telephone: (213) 252-8008 |
|   | Facsimile:  (213) 252-8009 |
| 5 | scalequalaccess@yahoo.com |
| 6 | Attorneys for Plaintiff |
|   | MIGUEL HERNANDEZ |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ, | **Case No.: 2:20-cv-07038 VAP (ASx)** |
| Plaintiff, | **Plaintiff's Notice of Motion and Motion for Default Judgment by Court** |
| vs. | Date: April 5, 2021 |
| CHI-CHI'S PIZZA, INC.; BRUNO D'EGIDIO, AS TRUSTEE OF THE BRUNO D'EGIDIO IRREVOCABLE TRUST; and DOES 1 to 10, | Time: 2:00 p.m. |
|  | Courtroom: 8A |
|  | Honorable Judge Virginia A. Phillips |
| Defendants. | |

To Defendants CHI-CHI'S PIZZA, INC.; BRUNO D'EGIDIO, AS TRUSTEE OF THE BRUNO D'EGIDIO IRREVOCABLE TRUST; and the attorneys of record, if any: Please take notice that on April 5, 2021, at 2:00 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff MIGUEL HERNANDEZ will present Plaintiff's motion for default judgment against Defendants CHI-CHI'S PIZZA, INC. and BRUNO D'EGIDIO, AS TRUSTEE OF THE BRUNO D'EGIDIO IRREVOCABLE TRUST. The Clerk has previously

entered the defaults on Defendants CHI-CHI'S PIZZA, INC. and BRUNO D'EGIDIO, AS TRUSTEE OF THE BRUNO D'EGIDIO IRREVOCABLE TRUST, on January 14, 2021.

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants CHI-CHI'S PIZZA, INC. and BRUNO D'EGIDIO, AS TRUSTEE OF THE BRUNO D'EGIDIO IRREVOCABLE TRUST, are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants CHI-CHI'S PIZZA, INC. and BRUNO D'EGIDIO, AS TRUSTEE OF THE BRUNO D'EGIDIO IRREVOCABLE TRUST, have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $4,440.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants is readily accessible to and usable by individuals with disabilities at the property located at or about 27117 Sierra Hwy., Canyon Country, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants CHI-CHI'S PIZZA, INC. and BRUNO D'EGIDIO, AS TRUSTEE OF THE BRUNO D'EGIDIO IRREVOCABLE TRUST, on February 10, 2021, by first class United States Mail, postage prepaid.

\\\
\\\
\\\
\\\

Dated: February 10, 2021          **SO. CAL. EQUAL ACCESS GROUP**

                                          By:    /s/ Jason J. Kim_____
                                                           Jason J. Kim, Esq.
                                                           Attorneys for Plaintiff