JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Hernandez,<br><br>    Plaintiff,<br><br>v.<br><br>Chi-Chi's Pizza, Inc., et al.,<br><br>    Defendants. | Case No. 2:20-cv-07038-VAP-ASx<br><br>**Default Judgment**<br>**(Dkt. 19)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment issued herewith, judgment is hereby entered in favor of Miguel Hernandez.

Pursuant to this Default Judgment, Defendants shall alter their parking lot facility to make it readily accessible to and usable by individuals with disabilities, in compliance with the ADA, at Chi-Chi's Pizza located at 27117 Sierra Hwy., Canyon Country, California.

**IT IS SO ORDERED.**

Dated: 4/14/21

Virginia A. Phillips
United States District Judge